

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 06-60670

---

United States Court of Appeals
Fifth Circuit

**FILED**
June 8, 2007

Charles R. Fulbruge III
Clerk

UNITED STATES OF AMERICA

    Plaintiff - Appellee

    v.

HERBERT DANIEL FISHER, JR also known as, Bull

    Defendant - Appellant

1:00cr79

---

Appeal from the United States District Court for the
Southern District of Mississippi, Gulfport

---

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of June 8, 2007, for want of prosecution. The appellant failed to timely file a motion for certificate of appealability and brief in support.

                  CHARLES R. FULBRUGE III
                  Clerk of the United States Court
                  of Appeals for the Fifth Circuit

                  By: /s/ Shea E. Pertuit
                  Shea Pertuit, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

DIS-2

A true copy
Attest:

Clerk, U.S. Court of Appeals, Fifth Circuit
By /s/ Shea E. Pertuit
       Deputy
New Orleans, Louisiana  JUN 0 8 2007